UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LATORIC JOHNSON and ABIOLA A. ADESIDA,<br><br>        Plaintiff,<br><br>    v.<br><br>UR M. JADDOU, Director of U.S. Citizenship and Immigration Services, and JOSE L. LUYANDA, Director of Montgomery Field Office of U.S. Citizenship and Immigration Services,<br><br>        Defendants. | CIVIL ACTION NO.<br><br>1:23-CV-3418-SEG |

**O R D E R**

Plaintiffs Latoric Johnson and Abiola A. Adesida filed a complaint seeking to compel the adjudication of Johnson's I-130 petition for alien relative and Adesida's I-485 application for adjustment of status. (Doc. 1.) On December 4, 2023, Defendants filed a motion to dismiss the complaint for lack of jurisdiction. (Doc. 10.) Defendants inform the Court that the complaint is now moot because "U.S. Citizenship and Immigration Services has issued decisions denying Plaintiff Abiola Adesida's I-485 Application to Adjust Status and Plaintiff Latoric Johnson's I-130 Petition for Alien Relative." (*Id*. at 1.) Plaintiffs have not filed any opposition to the motion to dismiss.

"Failure to file a response shall indicate that there is no opposition to the motion." Local Rule 7.1(B), NDGa. Furthermore, Defendants represent that they have provided Plaintiffs the relief they sought in their complaint. The motion to dismiss is GRANTED. As no matters remain pending before this Court, the Clerk is DIRECTED to close this case.

**SO ORDERED** this 28th day of February, 2024.

_____
SARAH E. GERAGHTY
United States District Judge